IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02871-SKC

GEOGRAPHIC LOCATION INNOVATIONS, LLC

    Plaintiff,

v.                                                                                PATENT CASE

ANATOMIE CORPORATION

    Defendant.

_____

## UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Pursuant to D.C.COLO.LCivR 40.2(b) Plaintiff Geographic Location Innovations LLC hereby notifies the Court the parties have reached an agreement in principle that will resolve all pending claims between the parties. Additional time is needed because the parties are exchanging drafts of the Agreement. Accordingly, Plaintiff files this unopposed motion for a stay of all pending deadlines for an additional 30 days, until and including December 10, 2020. Pursuant to D.C.COLO.LCivR 6.1.(b). AS GROUNDS THEREFORE, the Parties state:

1. The parties have reached an agreement in principle.

2. The parties need additional time to finalize the Agreement.

3. Pursuant to this Motion all deadlines are extended to December 10, 2020.

4. In accordance with D.C.COLO.LCivR 6.1(b) one previous extension has been filed in this case.

5. A copy of this motion is being provided to Defendant in accordance with

D.C.COLO.LCivR 6.1(c)

This motion is not made for purpose of delay.

WHEREFORE, for the reasons set forth herein, Plaintiff respectfully requests all deadlines be stayed up to and including December 10, 2020.

A proposed order is attached.

Dated: November 11, 2020          Respectfully submitted,

                                  /s/ Jay Johnson
                                  **JAY JOHNSON**
                                  State Bar No. 24067322
                                  **KIZZIA JOHNSON, PLLC**
                                  1910 Pacific Ave., Suite 13000
                                  Dallas, Texas 75201
                                  (214) 451-0164
                                  Fax: (214) 451-0165
                                  jay@kjpllc.com

                                  **ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

I certify that the undersigned counsel conferred with counsel for Defendant and counsel for Defendant does not opposed this motion.

                                  /s/ Jay Johnson
                                  **JAY JOHNSON**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2020 a true and correct copy of the foregoing UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT was electronically filed and served via CM/ECF on Defendant's counsel.

                                  /s/Jay Johnson
                                  Jay Johnson